IRVING A. COLE, Respondent, v. ELIZABETH S. COLE, Appellant.— Decision of this court, handed down December 29, 1944 [ante, p. 564], modified by changing the portion which reads: "Judgment reversed on the law and facts and the complaint dismissed" to read as follows: Judgment reversed on the law and facts and the complaint dismissed, with costs to the defendant in the court below and, with costs and disbursements on this appeal to appellant. All concur.

### (January 25, 1945.)

GEORGE B. WILSON et al., as Stockholders of the Rensselaer and Saratoga Rail Road Company, and RUSSELL HARTRANFT et al., on Behalf of Themselves and Other Stockholders Similarly Situated, Appellants, v. RENSSELAER AND SARATOGA RAIL ROAD COMPANY et al., Respondents; ALBERT C. CLUETT et al., Defendants, and DELAWARE AND HUDSON COMPANY et al., Interveners, Defendants-Respondents.— Appeal from an order of the Albany Special Term denying the motion for injunction pendente lite dated December 8, 1944; also appeal from two orders permitting defendants to intervene, dated the same day. The orders and each of them are affirmed, with twenty-five dollars costs and disbursements. The stays and agreements are dissolved. All concur. [184 Misc. 218.]

JOHN HURD, Respondent, v. REPUBLIC STEEL CORPORATION, Appellant.— Application for reconsideration of appellant's motion for reargument or for leave to appeal to the Court of Appeals. Application denied, without costs. All concur. [See ante, pp. 936, 1072.]

In the Matter of SAMUEL LEVINE et al., Doing Business as KINGSTON AVENUE WINES & LIQUORS Co., Petitioners, against JOHN J. O'CONNELL et al., Constituting the State Liquor Authority, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, without costs. All concur. [See ante, p. 936.]

MARY J. PALMER, Respondent, v. RAY E. PALMER, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. All concur. [See ante, p. 1010.]

ALVIN P. SPATZ, Respondent, v. JACOB PULENSKEY, Doing Business under the Name of BAYER & McCONIHE Co., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. All concur. [See ante, p. 1012.]